**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MEDA PARADISE and TRACEY DAVIDS,<br><br>Plaintiffs,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individual) a/k/a JACOBO GEISSLER, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GNC CORPORATION, S.K. LABORATORIES, INC., VITA-TECH INTERNATIONAL, INC. and DOES 1-500, Inclusive,<br><br>Defendants. | CASE NO.: 8:16-CV-00200-DOC-KES<br><br>Judge:   Hon. David O. Carter<br>Courtroom: 9D<br><br>**JUDGMENT DISMISSING WITH PREJUDICE PLAINTIFFS' COMPLAINT AGAINST S.K. LABORATORIES, INC.**<br><br>**Complaint Filed:** February 5, 2016<br>**Trial Date:** None |

-1-

**JUDGMENT DISMISSING WITH PREJUDICE PLAINTIFFS' COMPLAINT AGAINST S.K. LABORATORIES, INC.**

1  On April 11, 2016 defendant S.K. Laboratories, Inc. filed a Motion to Dismiss Plaintiffs' Complaint.  Plaintiffs Meda Paradise and Tracey Davids filed opposition papers.  S.K. Laboratories, Inc. filed reply papers.  The Court deemed the matters appropriate for submission without oral argument.

Having carefully reviewed and considered all of the papers submitted by the parties, on June 29, 2016 the Court, the Honorable David O. Carter, granted S.K. Laboratories' Motion to Dismiss, with prejudice.  The June 29, 2016 Order is attached hereto as Exhibit "A".

Based on the foregoing, **IT IS HEREBY ORDERED:**

S.K. Laboratories Inc.'s Motion to Dismiss Plaintiffs' Complaint is **GRANTED**.  Plaintiffs' Complaint is dismissed in its entirety, **WITH PREJUDICE**, as to S.K. Laboratories.

**IT IS SO ORDERED.**

Dated:    July 8, 2016

_____
Honorable David O. Carter
United States District Court Judge
Central District of California

sdo55158                                              -2-

**JUDGMENT DISMISSING WITH PREJUDICE PLAINTIFFS' COMPLAINT AGAINST S.K. LABORATORIES, INC.**