JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MEDA PARADISE and TRACEY DAVIDS,<br><br>Plaintiffs,<br><br>vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individial) a/k/a JACOBO GEISSLER, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GNC CORPORATION, S.K. LABORATORIES, INC., VITA-TECH INTERNATIONAL, INC. and DOES 1-500, Inclusive,<br><br>Defendants. | CASE NO. 8:16-CV-00200-DOC-KES<br><br>[Assigned for all purposes to District Judge David O. Carter and Magistrate Judge Karen E. Scott, Courtroom 9D]<br><br>**JUDGMENT DISMISSING WITH PREJUDICE PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS JONATHAN VINCENT DOYLE, JACOB GEISSLER, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, USPLABS, LLC, AND GNC CORPORATION**<br><br>Complaint Filed:   February 5, 2016 |

JUDGMENT DISMISSING COMPLAINT

1 **ORDER**

2   The 12(b)(6) Motion of Defendants JACOB GEISSLER, JONATHAN
3 VINCENT DOYLE, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN,
4 LLC, GENERAL NUTRITION CORPORATION erroneously sued as GNC
5 Corporation, and USPLABS, LLC to dismiss the complaint of Plaintiffs MEDA
6 PARADISE and TRACEY DAVIDS ("Plaintiffs") for failure to state a claim
7 ("Motion to Dismiss") was decided by the Court without oral argument on June 29,
8 2016.

9   The Court, after reading and fully considering the papers filed in support of and
10 in opposition to the Motion to Dismiss, issued an "Order Granting Motions to
11 Dismiss." [Docket No. 61].  Based on the grounds set forth in the June 29, 2016
12 Order, IT IS HEREBY ORDERED that:

13   The Motion to Dismiss is **GRANTED**.  Plaintiffs' complaint is **DISMISSED**
14 **WITH PREJUDICE** as to JACOB GEISSLER, JONATHAN VINCENT DOYLE,
15 USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GENERAL
16 NUTRITION CORPORATION erroneously sued as GNC Corporation, and
17 USPLABS, LLC ("Moving Defendants").

18   **IT IS SO ORDERED.**

20 DATED: July 8, 2016

*[signature: David O. Carter]*

Honorable David O. Carter
JUDGE OF THE DISTRICT COURT